# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANTANDER CONSUMER USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE COUNTY OF NASSAU, C&R AUTOMOTIVE, INC. AND MICHAEL SCHMELTZER, <br><br> Defendants. | Civil Case No. 20-cv-04790 <br><br> NOTICE OF MOTION |

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 56, Plaintiff Santander Consumer USA, Inc. ("Santander") will move this Court, on a date and time to be set by the Court, for an order entering Summary Judgment against Defendants, The County of Nassau, C&R Automotive, Inc., and Michael Schmeltzer, and awarding such other and further relief as the Court deems just and proper, before the Honorable Judge Ann Donnelly at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201.

Plaintiff shall rely on the accompanying Memorandum of Law, Declaration of Edward Vargas, with exhibits annexed thereto, Declaration of counsel, Nicholas A. Duston, Esq., with exhibits annexed thereto, and Statement of Material Facts to support of this motion.

NORRIS McLAUGHLIN P.A.

By: */s/ Nicholas A. Duston*
Nicholas A. Duston, Esq.
7 Times Square, 21st Fl.
New York, NY 10036
(908) 252-4208
naduston@norris-law.com
*Attorneys for Plaintiff, Santander Consumer USA, Inc.*