UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANTANDER CONSUMER USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE COUNTY OF NASSAU, C&R AUTOMOTIVE, INC. AND MICHAEL SCHMELTZER, <br><br> Defendants. | Case No. 20-cv-04790 <br><br> **DECLARATION OF EDWARD VARGAS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

I, Edward Vargas, hereby declare as follows:

1. I hold the title of Sr. Representative, Legal Servicing, Replevins at Santander Consumer USA, Inc. ("Santander"), and am duly authorized to make this certification on its behalf. As such, I have knowledge of the facts set forth in this declaration either personally or as a result of my review of records made contemporaneously with the facts therein by persons with personal knowledge, which records Santander regularly makes and keeps in the course of Santander's regularly conducted business activities. I submit this declaration in support of Santander's motion for summary judgment regarding its claims against the defendants, The County of Nassau, C&R Automotive, Inc. and Michael Schmeltzer relating to Santander's property interests in a 2016 Nissan Rogue with vehicle identification number KNMAT2MT6GP703681 (the "Vehicle").

**Santander's Rights in the Vehicle**

2. Santander is in the regular business of financing vehicles and retaining first priority liens in those vehicles.

3. On or about September 25, 2018, Melissa Jenkins ("Jenkins") purchased a 2016 Nissan Rogue with vehicle identification number KNMAT2MT6GP703681 (the "Vehicle"). A true and correct copy of that retail installment contract is attached as Exhibit A.

1

4. The retail installment contract calls for payment of $402.14 per month.

5. Jenkins financed the purchase of the Vehicle, and the retail installment contract was thereafter assigned to Santander.

6. By virtue of assignment of the retail installment contract, Santander obtained a security interest and lien in the Vehicle.

7. As of about October 17, 2018, Santander's lien was perfected, as shown by the Lien and Title report. A true and correct copy of the Notice of Recorded Lien is attached as Exhibit B.

8. As of June 6, 2019, Jenkins was in payment default under the terms of the contract and security agreement held by Santander relative to the Vehicle which default was never cured.

**Defendants' Actions Relating to the Vehicle**

9. On or about January 21, 2020, The County of Nassau ("Nassau") sent a written communication to Santander, which notified Santander that the Vehicle had been "immobilized and removed" and was being stored at C&R Automotive and that "storage fees will continue to accrue until the vehicle is claimed." A copy of this letter is attached as Exhibit C.

10. On or about February 5, 2020, Nassau sent a written communication to Santander, which states that the Vehicle was "seized by the County of Nassau for violation of the Vehicle and Traffic Law." This letter also states that the Vehicle:

> is incurring storage fees at a designated impound yard for the County. If you do not respond to this letter within ten (10) days, the county and the designated impound yard will pursue all rights and remedies under the Lien Law of the State of New York. Please note that storage fees will continue to accrue until the date the vehicle is reclaimed or disposed of.

A copy of this letter is attached as Exhibit D.

11. C&R Automotive Inc. purported to charge Santander a daily storage and tow charge relating to the Vehicle.

12. In April of 2020, C&R Automotive, Inc. sent a written Notice of Lien and Sale to Santander scheduling the auction sale of the Vehicle to enforce its lien claimed for towing and storage fees which auction was scheduled to occur on April 29, 2020. A copy of this auction sale notice is attached as Exhibit E.

13. Nassau conditioned release of the Vehicle upon Santander releasing Nassau and C&R Automotive from all claims relating to the towing of the Vehicle.

14. Santander did not agree to Nassau's conditions for release of the Vehicle.

15. Santander did not agree to C&R Automotive, Inc.'s conditions for release of the Vehicle.

16. Attached hereto as Exhibit F is a true and correct copy of Santander's log of communications concerning the Vehicle.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Name: Edward Vargas
Title: Sr. Representative, Legal Servicing
Date: November 23, 2021