UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANTANDER CONSUMER USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE COUNTY OF NASSAU, C&R AUTOMOTIVE, INC. AND MICHAEL SCHMELTZER, <br><br> Defendants. | Case No. 20-cv-04790 <br><br> **DECLARATION OF NICHOLAS A. DUSTON IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

I, Nicholas A. Duston, hereby certify, under penalty of perjury as follows:

1. I am an attorney admitted to practice in the State of New York and in the United States District Court for the Eastern District of New York. I am also a member of the law firm of Norris McLaughlin, PA, attorneys for Plaintiff, Santander Consumer USA, Inc. ("Santander"). As one of the attorneys primarily responsible for handling this case, I am fully familiar with the facts and circumstances of this action and the facts stated in this certification.

2. Attached as **Exhibit 1** is a true and correct copy of the Complaint in this action.

3. Attached as **Exhibit 2** is a true and correct copy of the defendant The County of Nassau's ("Nassau") Answer in this action.

4. Attached as **Exhibit 3** is a true and correct copy of the defendants, C&R Automotive, Inc. and Michael Schmeltzer's (together "C&R Automotive") Answer in this action.

5. Attached as **Exhibit 4** is a true and correct copy of Nassau's responses to Santander's First Set of Interrogatories.

6. Attached as **Exhibit 5** is a true and correct copy of Nassau's responses to Santander's Requests for Admission.

7. Attached as **Exhibit 6** is a true and correct copy of the Nassau Boot and Tow Policy, which was produced by Nassau in this litigation under bates range NC000001-000012.

8. Attached as **Exhibit 7** is a true and correct copy of the boot record, which was produced by Nassau in this litigation under bates range NC000015-NC000021.

9. Attached as **Exhibit 8** is a true and correct copy of "Amendment 1" to the contract between Nassau and non-party IPT LLC d/b/a Paylock, and related documents, which were produced in this litigation by Nassau under bates range NC000057-NC000084.

10. Attached as **Exhibit 9** is a true and correct copy of the contract between Paylock and C&R Automotive, which was produced in this litigation by Nassau under bates range NC000085-NC000100.

11. Attached as **Exhibit 10** is a true and correct copy of the contract between Nassau and non-party IPT LLC d/b/a Paylock, which was produced in this litigation by Nassau under bates range NC000101-NC000115.

12. Attached as **Exhibit 11** is a true and correct copy of C&R Automotive's responses to Santander's First Set of Interrogatories.

13. Attached as **Exhibit 12** is a true and correct copy of documents produced by C&R Automotive in this litigation, under bates range 000001-000004.

14. The monthly payment amount, if calculated over the course of time the Vehicle was held by Defendants, would be $402.14x15=$6,032.10.

I certify under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. 1746, that the foregoing is true and correct.

Dated: December 6, 2021

By: */s/ Nicholas A. Duston*
Nicholas A. Duston
**Norris McLaughlin, PA**

400 Crossing Boulevard, 8th Floor
Bridgewater, NJ 08807
908-722-0700
naduston@norris-law.com