# QUATELA | CHIMERI PLLC

Alexander E. Sendrowitz, Esq.
*Partner*
Direct Dial 631.652.6122
aes@qclaw.com

February 2, 2022

**VIA ECF**

Judge Ann Donnelly
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **RE:**  **Santander Consumer USA, Inc v. The County of Nassau, et al.**
            **Docket No. 20-cv-04790 (AMD)(SIL)**

Dear Judge Donnelly:

    This firm represents Defendant C&R Automotive, Inc. ("C&R"). Plaintiff, Santander Consumer USA, Inc. is represented by Nicholas Duston, Esq. of Norris McLaughlin, P.A.

    I write, along with Mr. Duston, to inform the Court that Plaintiff and C&R have reached a settlement in principle and are working towards executing a stipulation of settlement.

    We thank the Court for its attention to this matter.

Very truly yours,

*Alexander Sendrowitz*
ALEXANDER E. SENDROWITZ

Cc:  All Counsel, *via ECF*

---

Attorneys and Counsellors at Law

888 Veterans Memorial Highway, Suite 530 • Hauppauge, New York 11788
t. 631.482.9700 | f. 631.482.9707

320 Old Country Road, Suite 206 • Garden City, New York 11530
t. 516.444.4200 | f. 516.4444201

