**BRUCE A. BLAKEMAN**
County Executive



**THOMAS A. ADAMS**
County Attorney

# COUNTY OF NASSAU
## OFFICE OF THE COUNTY ATTORNEY

April 10, 2023

Honorable Steven Locke | Magistrate Judge
Alfonse M. D'Amato United States Courthouse | Courtroom 820
100 Federal Plaza, Central Islip, New York 11722
631-712-5720

        SUBJECT:    *Santander Consumer U.S.A., Inc. v. The County of Nassau*
                           Civil Case No.: 20-CV-4790 (AMD) (SIL)
                           Letter motion requesting rejection of the attorney fee application that
                           plaintiff Santander Consumer U.S.A., Inc. defectively filed

Dear Your Honor:

       Office of the Nassau County Attorney represents defendant the County of Nassau. As a Deputy County Attorney, I am the attorney for the County of Nassau. The law firm of Norris McLaughlin, P.A. represents plaintiff Santander Consumer U.S.A., Inc. (hereinafter "Santander"). Nicholas Duston, Esq. is the assigned attorney representing Santander. On February 2, 2023, Santander filed the attorney fee application pursuant to 42 U.S.C. § 1988. *See generally* Document #40. On February 1, 2023, Honorable Ann Donnelly referred the attorney fee application to Your Honor.

       County of Nassau hereby moves this Court to strike or remove the pending attorney fee application from the civil docket. *See generally* Document #40. Santander did not file the requisite pre-motion letter before moving for payment of attorney fees, thereby contravening this Court's individual motion practices. *See Individual Motion Practices of Magistrate Judge Steven I. Locke*, Rule 4(A)(i), p. 3, *available at* https://www.NYED.USCourts.Gov/pub/rules/SIL-MLR.pdf. Santander further violated this Court's "Bundle Rule" by means of filing the attorney fee application before serving

the County of Nassau with such moving papers. *See Individual Motion Practices of Magistrate Judge Steven I. Locke*, Rule 4(C)(ii), p. 3, *available at* https://www.NYED.USCourts.Gov/pub/rules/SIL-MLR.pdf. County of Nassau opposes the attorney fee application. County of Nassau thus moves this Court to strike or remove the attorney fee application that Santander defectively filed.

    Respectfully,

*Ian Bergström*

Ian Bergström, Esq.
Deputy County Attorney
Attorney for County of Nassau
IBergstrom@NassauCountyNY.Gov
516-571-3975

TO:    Norris McLaughlin, P.A.
    Nicholas Duston, Esq.
    Attorneys for Santander
    7 Times Square | 21st Floor | New York, New York 10036
    NADuston@Norris-Law.Com
    908-252-4208