

7 Times Square
21st Floor
New York, NY 10036
T: 908-722-0700
F: 908-722-0755

*Direct Dial: 908-252-4208*
*Email: naduston@norris-law.com*

April 11, 2023

**Via ECF**
Judge Ann Donnelly
United States District Court Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re:**    Santander Consumer USA, Inc. v. County of Nassau *et. al.*
              Dkt. No. 20-cv-04790 (AMD)(SIL)

Dear Judge Donnelly:

    As you know, this firm represents Santander Consumer USA, Inc. ("Santander") in the above referenced action. We hereby withdraw Santander's motion for attorneys' fees electronically filed with the Court on February 1, 2023 (Doc. No. 40 on the docket) as the parties have settled this matter.

                                     Respectfully Submitted,

                                       **Norris McLaughlin, P.A.**

                                     By: _____
                                             Nicholas Duston

NAD:ja
cc:     All Counsel of Record (via ECF)



BRIDGEWATER, NJ | NEW YORK, NY | ALLENTOWN, PA

WWW.NORRISMCLAUGHLIN.COM